

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00511-CV

Richard L. **PEREZ**,
Appellant

v.

**CITIBANK, N.A.**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2021CV00521
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
            Patricia O. Alvarez, Justice
            Lori I. Valenzuela, Justice

Delivered and Filed: December 28, 2022

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due to be filed by October 24, 2022. Neither the brief nor a motion for extension of time has been filed. Therefore, on November 30, 2022, this court ordered appellant to file, no later than December 12, 2022, his brief and a written response reasonably explaining: (1) his failure to timely file a brief, and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. Our order cautioned appellant that if he failed to timely file a brief and the written response by December 12, 2022, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary

dismissal if appellant fails to comply with court order). Appellant did not respond to our November 30th order. We dismiss this appeal for want of prosecution.

PER CURIAM